# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 1, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1301 | ELI LILLY AND COMPANY,<br>Plaintiff - Appellant<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-01503-TWP-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The order granting the motion to file the appendix under seal is amended as follows: The appendix submitted on March 30, 2026, and filed in the public record (titled Volume I) contains the redacted version of the sealed appendix in Volume II. Accordingly, counsel is no longer required to file another redacted version of this appendix in the public record.

form name: **c7_Order_BTC**    (form ID: **178**)