**U.S. Department of Justice**

Civil Division

---

Tel:  202-514-2498

VIA CM/ECF

May 18, 2025

Mr. Christopher G. Conway, Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

RE:     *Eli Lilly v. Kennedy* (No. 26-1301) (not yet scheduled for oral argument)

Mr. Conway:

I am the government attorney with principal responsibility for the above-referenced appeal.  I write to provide notice that I will be out of the country on a previously scheduled vacation between July 26 and August 1.  In light of that travel, I would be grateful if argument in this case could be set for a date that does not fall within the Court's August 4-5 argument session.

Thank you for your consideration.

Sincerely,

/s/ *Steven H. Hazel*
Steven H. Hazel
Attorney

cc:     all counsel (via CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Steven H. Hazel*
STEVEN H. HAZEL