# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 24, 2026

Before
MICHAEL B. BRENNAN, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

<table>
<tr><td>No. 26-1301</td><td>ELI LILLY AND COMPANY,<br>Plaintiff - Appellant<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br>Defendants - Appellees</td></tr>
<tr><td colspan="2">Originating Case Information:</td></tr>
<tr><td colspan="2">District Court No: 1:24-cv-01503-TWP-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt</td></tr>
</table>

The court directs the parties to file supplemental memoranda addressing appellate jurisdiction. The memoranda should cover not only how appeals by private parties from remands to agencies have been treated in the Seventh Circuit but also how such appeals have been analyzed in the Supreme Court and other courts of appeals. The memoranda are due by October 8, 2026.